# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

## INVOLUNTARY PETITION

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**Inner City Media Corporation** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>52-2255309 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>c/o ICBC Broadcast Holdings, Inc.<br>3 Park Avenue, 41st Floor<br>New York, New York | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**New York**<br><br>ZIP CODE<br>10016 | <br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7      ☑ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **Nature of Debts**<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>     check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>     11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| **VENUE**<br><br>☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>     specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>     *[If a child support creditor or its representative is a petitioner, and if the*<br>     *petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of*<br>     *1994, no fee is required.]* |
|---|---|

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Schedule I | Case Number<br>Pending | Date |
|---|---|---|
| Relationship<br>Affiliates | District<br>Southern District of New York | Judge<br>Pending |

## ALLEGATIONS
### (Check applicable boxes)

| | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>   States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>   the subject of a bona fide dispute as to liability or amount;<br>         or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or<br>   agent appointed or authorized to take charge of less than substantially all of the property of the<br>   debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____  8/19/2011 <br> Signature of Petitioner or Representative (State title) <br> Yucaipa Corporate Initiatives Fund II, L.P.    Date Signed | x _____  8/19/11 <br> Signature of Attorney                             Date <br> Cadwalader, Wickersham & Taft LLP <br> Name of Attorney Firm (If any) <br> One World Financial Center, New York, NY 10281 |
| Name of Petitioner | Address <br> (212) 504-6000 |
| Name & Mailing <br> Address of Individual    Jeff Johnson <br> Signing in Representative <br> Capacity          9130 West Sunset Blvd. <br> Los Angeles, CA 90069 | Telephone No. |
| x _____  8/19/2011 <br> Signature of Petitioner or Representative (State title) <br> Yucaipa Corporate Initiatives (Parallel) Fund II, L.P.    Date Signed | x _____  8/19/11 <br> Signature of Attorney                             Date <br> Cadwalader, Wickersham & Taft LLP <br> Name of Attorney Firm (If any) <br> One World Financial Center, New York, NY 10281 |
| Name of Petitioner | Address <br> (212) 504-6000 |
| Name & Mailing <br> Address of Individual    Jeff Johnson <br> Signing in Representative <br> Capacity          9130 West Sunset Blvd. <br> Los Angeles, CA 90069 | Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) | x _____  Date <br> Signature of Attorney |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | Address <br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Yucaipa Corporate Initiatives Fund II, L.P.  9130 West Sunset Blvd, Los Angeles, CA 90069 | Business Debt - loan default | $118,229,165.50 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Yucaipa Corporate Initiatives (Parallel) Fund II L.P.  9130 West Sunset Blvd, Los Angeles, CA 90069 | Business Debt - loan default | $36,994,991.37 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1    continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Jandell_ | x _signature_ 8/19/11 |
| Signature of Petitioner or Representative (State title) 8/19/11 | Signature of Attorney    Date |
| Drawbridge Special Opportunities Fund Ltd. | Schulte Roth & Zabel LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 919 Third Avenue, New York, NY 10022 |
| Name & Mailing Address of Individual Signing in Representative Capacity    James K. Noble III  1345 Avenue of the Americas 46th Floor New York, NY 10105 | Address (212) 756-2000 Telephone No. |
| x _signature_ | x _signature_ 8/19/11 |
| Signature of Petitioner or Representative (State title) 8/19/11 | Signature of Attorney    Date |
| CF ICBC LLC | Schulte Roth & Zabel LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 919 Third Avenue, New York, NY 10022 |
| Name & Mailing Address of Individual Signing in Representative Capacity    James K. Noble III  1345 Avenue of the Americas 46th Floor New York, NY 10105 | Address (212) 756-2000 Telephone No. |
| x _signature_ 8/19/11 | x _signature_ 8/19/11 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Fortress Credit Funding I L.P. By Fortress Credit Fund GP LLC | Schulte Roth & Zabel LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 919 Third Avenue, New York, NY 10022 |
| Name & Mailing Address of Individual Signing in Representative Capacity    James K. Noble III  1345 Avenue of the Americas 46th Floor New York, NY 10105 | Address (212) 756-2000 Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Drawbridge Special Opportunities Fund Ltd. 1345 Ave of the Americas 46th Fl, New York, NY 10105 | Business Debt - loan default | $7,251,431.58 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| CF ICBC LLC, 1345 Avenue of the Americas 46th Floor, New York, NY 10105 | Business Debt - loan default | $74,679,683.51 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Fortress Credit Funding I L.P., 1345 Avenue of the Americas 46th Floor, New York, NY 10105 | Business Debt - loan defaul | $16,920,006.99 |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $254,075,278.94 |

_____continuation sheets attached

## Schedule 1

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| ICBC Broadcast Holdings, Inc. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| ICBC Broadcast Holdings-CA, Inc. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| ICBC Broadcast Holdings-NY, Inc. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| ICBC-NY, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Inner-City Broadcasting Corporation of Berkeley | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Inner City Media Corporation | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Urban Radio I, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
| --- | --- | --- |
| Urban Radio II, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
| --- | --- | --- |
| Urban Radio III, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
| --- | --- | --- |
| Urban Radio IV, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
| --- | --- | --- |
| Urban Radio of Mississippi, L.L.C | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
| --- | --- | --- |
| Urban Radio of South Carolina, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
| --- | --- | --- |
| Urban Radio, L.L.C. | Pending | |
| **District:** | **Relationship:** | **Judge:** |
| Southern District of New York | Affiliate | Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) were named debtors in involuntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the **"**<u>Court</u>**"**).