UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| INNER CITY MEDIA CORPORATION, *et al.* | Case No. 11-13967 (SCC) |
| Debtors.[1] |  |

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

On consideration of the involuntary petitions filed on August 19, 2011 against Inner City Media Corporation and its debtor affiliates (collectively, the "***Debtors***") and the Debtors' Answer to Involuntary Petitions and Consent to Entry of Order for Relief and Reservation of Rights, an order for relief against each of the Debtors under chapter 11 of title 11 of the United States Code is granted.

New York, New York
Date: September 8, 2011

*/s/ Shelley C. Chapman*
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Inner City Media Corporation (5309), ICBC Broadcast Holdings, Inc. (2429), Inner City Broadcasting Corporation of Berkeley (5990), ICBC Broadcast Holdings – CA, Inc. (5311), ICBC-NY, L.L.C. (8879), Urban Radio, L.L.C. (6747), Urban Radio I, L.L.C. (2649), Urban Radio II, L.L.C. (2701), Urban Radio III, L.L.C. (2747), Urban Radio IV., L.L.C. (3662), Urban Radio of Mississippi, L.L.C. (1154), and Urban Radio of South Carolina, L.L.C. (5231). The principal corporate location of the Debtors is 3 Park Avenue, 40th Floor, New York, NY 10016. The service address for all of the Debtors is 3 Park Avenue, 40th Floor, New York, NY 10016.