Ira S. Dizengoff, Esq.
Shaya Rochester, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Scott L. Alberino, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INNER CITY MEDIA CORPORATION, *et al.*, | Case No. 11-13967 (SCC) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES

On September 8, 2011, the Bankruptcy Court entered orders for relief commencing chapter 11 proceedings under title 11 of the United States Code (the "***Bankruptcy Code***") for the following debtors and debtors in possession in the above-captioned cases (collectively, the "***Debtors***").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Inner City Media Corporation (5309), ICBC Broadcast Holdings, Inc. (2429), Inner City Broadcasting Corporation of Berkeley (5990), ICBC Broadcast Holdings – CA, Inc. (5311), ICBC-NY, L.L.C. (8879), Urban Radio, L.L.C. (6747), Urban Radio I, L.L.C. (2649), Urban Radio II, L.L.C. (2701), Urban Radio III, L.L.C. (2747), Urban Radio IV., L.L.C. (3662), Urban Radio of Mississippi, L.L.C. (1154), and Urban Radio of South Carolina, L.L.C. (5231). The principal corporate location of the Debtors is: 3 Park Avenue, 40th Floor, New York, NY 10016. The service address for all of the Debtors is 3 Park Avenue, 40th Floor, New York, NY 10016.

| Debtor's Name | Address | Last Four Digits of Taxpayer Identification Number |
|---|---|---|
| Inner City Media Corporation | 3 Park Avenue, 41st Floor New York, NY 10016 | 5309 |
| ICBC Broadcast Holdings, Inc. | 3 Park Avenue, 41st Floor New York, NY 10016 | 2429 |
| Inner-City Broadcasting Corporation of Berkeley | 3 Park Avenue, 41st Floor New York, NY 10016 | 5990 |
| ICBC Broadcast Holdings-CA, Inc. | 3 Park Avenue, 41st Floor New York, NY 10016 | 5311 |
| ICBC-NY, L.L.C | 3 Park Avenue, 41st Floor New York, NY 10016 | 8879 |
| Urban Radio, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 6747 |
| Urban Radio I, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 2649 |
| Urban Radio II, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 2701 |
| Urban Radio III, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 2747 |
| Urban Radio IV, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 3662 |
| Urban Radio of Mississippi, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 1154 |
| Urban Radio of South Carolina, L.L.C. | 3 Park Avenue, 41st Floor New York, NY 10016 | 5231 |

You may be a creditor of the Debtors. You may want to consult an attorney to protect your rights. All documents filed in these cases are available for inspection at the bankruptcy clerk's office at the address listed below. In addition, certain documents may be available at http://www.gcginc.com/cases/icbc or can be viewed on the Bankruptcy Court's website, http://www.nysb.uscourts.gov for a fee using a PACER password (to obtain a PACER password, go to the PACER website, http://www.pacer.gov).

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **October 25, 2011 at 2:00 p.m. (prevailing Eastern Time)**, at the Office of the United States Trustee, 80 Broad Street, 4th Floor, New York, NY 10004.

DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS. None at this time.

COUNSEL FOR THE DEBTORS.

>Ira S. Dizengoff, Esq.
>Shaya Rochester, Esq.
>AKIN GUMP STRAUSS HAUER & FELD LLP
>One Bryant Park
>New York, New York 10036
>Telephone: (212) 872-1000
>Facsimile: (212) 872-1002
>
>Scott L. Alberino, Esq.
>AKIN GUMP STRAUSS HAUER & FELD LLP
>Robert S. Strauss Building
>1333 New Hampshire Avenue, N.W.
>Washington, DC 20036-1564
>Telephone: (202) 887-4000
>Facsimile: (202) 887-4288

COMMENCEMENT OF CASES. Orders for relief under chapter 11 of the Bankruptcy Code have been entered against each of the Debtors listed above. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan.

LEGAL ADVICE. The staff of the bankruptcy clerk's office and the office of the United States Trustee for the Southern District of New York cannot give legal advice. You may consult a lawyer to determine your rights in these cases.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. Prohibited collection actions are listed in the Bankruptcy Code. Common examples of prohibited actions include contacting the Debtors by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the Debtors, repossessing the Debtors' property and starting or continuing lawsuits or foreclosures. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. You may consult a lawyer to determine your rights in these cases.

MEETING OF CREDITORS. A representative of the Debtors is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

CLAIMS. You may file a proof of claim in these chapter 11 cases. A proof of claim is a signed statement describing a creditor's claim. The Bankruptcy Court has not yet set a deadline to file a proof of claim, but a deadline will be set in the future. Separate notice of the deadlines to file proofs of claim, proof of claim forms and instruction regarding proofs of claim will be provided to the Debtors' known creditors. A secured creditor retains rights in its collateral regardless of whether that creditor files a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the Bankruptcy Court with consequences a lawyer can explain. For example, a creditor who files a proof of claim may surrender important non-monetary rights, including the right to a jury trial. Proof of claim forms are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Bankruptcy Court's website at http://www.nysb.uscourts.gov. Also, GCG, Inc. ("*GCG*") is the claims agent in these cases and can provide a proof of claim form. GCG can be reached as follows:

ICB Case Administration
c/o GCG, Inc.
P.O. Box 9809
Dublin, OH 43017-5709

DEADLINE TO FILE A PROOF OF CLAIM. None at this time. Please note that the Debtors will be filing a motion to set deadlines to file proofs of claim. When that motion is filed, you will receive a notice of that hearing. Furthermore, notice of the deadline to file proofs of claim, once set by the Bankruptcy Court, will be sent to you by mail.

FOREIGN CREDITORS. You may consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office. The deadline to file a complaint to determine dischargeability of certain debts has not yet been set.

BANKRUPTCY CLERK'S OFFICE. Any paper you file in these bankruptcy cases should be filed at the bankruptcy clerk's office at the address listed below. You may inspect all papers filed, including the list of the Debtors' property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. In addition, certain documents may be available at http://www.gcginc.com/cases/icbc or can be viewed on the Bankruptcy Court's website, http://www.nysb.uscourts.gov for a fee using a PACER password.

Address of the Clerk of the Bankruptcy Court

United States Bankruptcy Court for the Southern District of New York
Attention: Clerk's Office
One Bowling Green
New York, New York 10004-1408


Dated: September 16, 2011

101518953